L. Yon and S. L. Yon, co-partners doing business under the firm name and style of L. Yon & Son, Appellants, v. J. H. McClellan, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Calhoun.

Appeal dismissed on motion of counsel for appellee, at costs of appellants.

*Will H. Price,* for Appellants;

*Paul Carter* and *John H. Carter,* for Appellee.